UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HAROLD SPENCER GEORGE,

        Petitioner,

v.

JEFFREY A UTTECHT,

        Respondent.

No. 3:18-CV-05653-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 11) and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed with prejudice.

(3) The Court will not issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Reccomendation.

(4) The Clerk is directed to send copies of this Order to counsel for Petitioner and Respondent and to the Hon. David W. Christel.

**DATED** this 20th day of February, 2019. .

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1